AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America<br>v.<br><br>Akbar Masood ~~et al.~~<br>TJS<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 22-cr-00091 PWG |

## ARREST WARRANT

USDC- GREENBELT
'22 APR 7 PM 3:29

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Akbar Masood,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Health Care Fraud and Wire Fraud, 18 U.S.C. § 1349; Wire Fraud, 18 U.S.C. § 1343; Aggravated Identity Theft, 18 U.S.C. § 1028A; Aiding and Abetting, 18 U.S.C. § 2

Date: March 17, 2022

*Issuing officer's signature*

City and state:   Greenbelt, Maryland          Honorable Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/17/2022, and the person was arrested on *(date)* 04/06/2022
at *(city and state)* _____.

Date: 04/06/2022

*Arresting officer's signature*
Latasha McClendon, SA, NCIS
*Printed name and title*