# Device Chain of Custody Summary

| Description | Subject | Approx Size | Date Collected | Device Chain of Custody | Date Device Returned | Imaged (Copied) Chain of Custody |
|---|---|---|---|---|---|---|
| Laptop | Jackson | N/A | 6-Apr-22 | Bornick, Kimrey, Jackson | 10-Aug-22 | Returned; Property of Walter Reed |
| iPhone | Jackson | Unknown | 6-Apr-22 | Bornick, Kimrey, Snyder, Johnson, Jeffers, Kimrey, H. Jackson | 10-Aug-22 | Copy cancelled, no password |
| iPad Pro | Jackson | 64GB | 6-Apr-22 | Bornick, Kimrey, Synder, Johnson, Snyder, Jeffers, Johnson, Jeffers, Kimrey, H. Jackson | 16-Jun-22 | Johnson, Sndyer, Jeffers, Kimrey, Kerr |
| iPad Pro | Jackson | 16GB | 6-Apr-22 | Bornick, Kimrey, Snyder, Johnson, Snyder, Jeffers, Kimrey, Harriet | 16-Jun-22 | Johnson, Sndyer, Jeffers, Kimrey, Kerr |
| HP Laptop | Jackson | 240GB | 6-Apr-22 | Bornick, Kimrey, Snyder, Williamson, Snyder, Jeffers, Kimrey, Jackson | 21-Jun-22 | Williamson, Jeffers, Kimrey, Kerr |
| MacBook Pro Laptop | Jackson | 1TB | 6-Apr-22 | Bornick, Kimrey, Snyder, Jeffers, Williamson, Jeffers, Kimrey, H. Jackson | 21-Jul-22 | Williamson, Jeffers, Kimrey, Kerr |
| iMac Desktop | Jackson | 240GB | 6-Apr-22 | Bornick, Kimrey, Snyder, Jeffers, Williamson, Jeffers, Kimrey, H. Jackson | 21-Jul-22 | Williamson, Jeffers, Kimrey, Kerr |
| iPhone 11 Pro Max | Jackson | 256GB | 6-Apr-22 | Bornick, Kimrey, Snyder, Johnson, Jeffers, Kimrey, H. Jackson | 16-Jun-22 | Johnson, Sndyer, Jeffers, Kimrey, Kerr |
| iPhone 13 Pro | Jackson | 128GB | 6-Apr-22 | Bornick, Kimrey, Snyder, Johnson, Snyder, Jeffers, Johnson, Jeffers, Kimrey, H. Jackson. | 5-Aug-22 | Johnson, Jeffers, Kimrey, Kerr |
| iPhone | Masood | Unknown | 6-Apr-22 | Hale, Kimrey, Snyder, Johnson, Jeffers, Kimrey, H. Jackson | n/a | Device had been wiped. No copy |
| iPhone 5C | Masood | 16GB | 6-Apr-22 | Hale, Kimrey, Snyder, Johnson, Jeffers, Kimrey, H. Jackson | 16-Jun-22 | Johnson, Snyder, Jeffers, Kimrey, Kerr |
| iPhone 7 | Masood | Unknown | 6-Apr-22 | Hale, Kimrey, Snyder, Johnson, Jeffers, Kimrey, H. Jackson | n/a | Device had been wiped. No copy |
| iPhone 6s | Masood | 64GB | 6-Apr-22 | Hale, Kimrey, Snyder, Johnson, Jeffers, Kimrey, H. Jackson | 16-Jun-22 | Johnson, Snyder, Jeffers, Kimrey, Kerr |
| iPhone 6 Plus | Masood | 16GB | 6-Apr-22 | Hale, Kimrey, Snyder, Johnson, Jeffers, Kimrey, H. Jackson | 16-Jun-22 | Johnson, Snyder, Jeffers, Kimrey, Kerr |
| Dell Desktop | Masood | 80GB | 6-Apr-22 | Hale, Kimrey, Snyder, Johnson, Jeffers, Kimrey, H. Jackson | 21-Jun-22 | Williamson, Jeffers, Kimrey, Kerr |
| Thumb Drive | Masood | 4GB | 6-Apr-22 | Hale, Kimrey, Snyder, Johnson, Jeffers, Kimrey, H. Jackson | 21-Jun-22 | Williamson, Jeffers, Kimrey, Kerr |
| ThinkPad Laptop | Masood | 320GB | 6-Apr-22 | Hale, Kimrey, Snyder, Johnson, Jeffers, Kimrey, H. Jackson | 21-Jun-22 | Williamson, Jeffers, Kimrey, Kerr |
| MacBook Pro | Masood | 500GB | 6-Apr-22 | Hale, Kimrey, Snyder, Johnson, Jeffers, Kimrey, H. Jackson | 21-Jul-22 | Williamson, Jeffers, Kimrey, Kerr |
| Thumb Drive | Masood | 16GB | 6-Apr-22 | Hale, Kimrey, Snyder, Johnson, Jeffers, Kimrey, H. Jackson | 21-Jun-22 | Williamson, Jeffers, Kimrey, Kerr |
| Chromebook | Peebles | Unknown | 6-Apr-22 | Opanasets, Kimrey, Jeffers, Johnson, Jeffers, Kimrey, O'Donnell | n/a | Copying not possible |
| iPad Pro | Peebles | Unknown | 6-Apr-22 | Opanasets, Kimrey, Jeffers, Johnson, Jeffers, Kimrey, O'Donnell | n/a | Imaging cancelled, no password |
| HP Laptop | Peebles | 240GB | 6-Apr-22 | Opanasets, Kimrey, Jeffers, Johnson, Jeffers, Kimrey, O'Donnell | 21-Jun-22 | Williamson, Jeffers, Kimrey, Kerr |
| MacBook Pro | Peebles | 240GB | 6-Apr-22 | Opanasets, Kimrey, Jeffers, Johnson, Jeffers, Kimrey, O'Donnell | 21-Jul-22 | Williamson, Jeffers, Kimrey, Kerr |
| iPad | Peebles | Unknown | 6-Apr-22 | Opanasets, Kimrey, Snyder, Johnson, Snyder, Jeffers, Kimrey, Sal | n/a | Device had been wiped. No copy |
| Mac | Peebles | 1000 | 6-Apr-22 | Opanasets, Kimrey, Jeffers, Williamson, Jeffers, Kimrey, Sal | 21-Jul-22 | Williamson, Jeffers, Kimrey, Kerr |
| iPhone 12 Pro | Masood | 128GB | 6-Apr-22 | Masood, Lynch, Jeffers, Snyder, Johnson, Jeffers, Johnson, Jeffers, Kimrey, Masood | 19-Jul-22 | Johnson, Jeffers, Kimrey, Kerr |
| iPhone 11 Pro Max | Peebles | 256GB | 6-Apr-22 | Opanasets, Kimrey, Pugliese, Jeffers, Snyder, Johnson, Snyder, Jeffers, Johnson, Jeffers, Kimrey, O'Donnell | 13-Jul-22 | Johnson, Jeffers, Kimrey, Kerr |
| iPhone 12 Pro Max | Peebles | n/a | n/a | Duplicate items, see previous | n/a | Cyber team created own custody document |
| iPhone 11 Pro | Peebles | 256GB | 6-Apr-22 | Opansets, Kimrey, Pugliese, Jeffers, Snyder, Johnson, Snyder, Jeffers, Johnson, Jeffers, Kimrey, Sal | 13-Jul-22 | Jeffers, Kimrey, Kerr |
| iPhone 11 Pro | Peebles | n/a | n/a | Duplicate items, see previous | n/a | Cyber team created own custody document |
| iPad Pro | Masood | 32 | 6-Apr-22 | Lynch, Jeffers, Snyder, Johnson, Snyder, Jeffers, Johnson, Jeffers, Johnson, Jeffers, Kimrey, Masood | 5-Aug-22 | Johnson, Jeffers, Kimrey, Kerr |
| iPad Pro | Masood | 64 | 6-Apr-22 | Johnson, Jeffers, Johnson, Jeffers, Kimrey, Masood | 5-Aug-22 | Johnson, Jeffers, Kimrey, Kerr |

**Legend**
- No Device (see notes)
- Imaged
- Unable to copy
- Cyber Agent collection