CUI

| CYD DN/ECD | MPFFO DN | Item | Description | Type | Subject | Received Power | Staff | Location | Approx Size | Version | State | Possible Password | Obtained Password | Acquired? | CYD Acquisition DN/ECD | Item2 | Comments | Packaged Img/WS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01-22 | 1 | Laptop | Computer | | | | MPFFO | | | | | | | | | In request but not provided per Case Agent | |
| 01-22 | 02-22 | 1 | iPhone | Mobile | Jackson | Off | MEJ | Process | ?? | ?? | ?? | 250781 | | | | | Brute-force cancelled; Need Passcode | P/Y |
| 02-22 | 03-22 | 1 | iPad Pro | Mobile | Jackson | Off | MEJ | CFO ER | 64GB | 15.2.1 | BFU | | | Zip (Partial BFU (GK)) | 013-22 | 1 | Need Passcode for full extraction | Y/Y |
| 03-22 | 04-22 | 1 | iPad Pro | Mobile | Jackson | Off | MEJ | CFO ER | 16GB | 14.7.1 | BFU | | | Zip (Partial BFU (GK)) | 014-22 | 1 | Need Passcode for full extraction | Y/Y |
| 04-22 | 05-22 | 1 | HP Laptop | Computer | Jackson | Off | ALW | CFO ER | 240GB | | | | N/A | E01 | 019-22 | 1 | BitLockered; Need Recovery Key for access | Y/Y |
| 05-22 | 06-22 | 1 | MacBook Pro Laptop | Computer | Jackson | Off | ALW | CFO ER | 1TB | | | Jackson0808 Rosebud02 | Rosebud02 | Cellebrite (AFF4/L01) | 6NK1T | QMJL5 | | Y/Y |
| 06-22 | 07-22 | 1 | iMac Desktop | Computer | Jackson | Off | ALW | CFO ER | 240GB | | | | Rosebud02 | Cellebrite (AFF4/L01) | 6NK1T | JRX44 | | Y/Y |
| 07-22 | 08-22 | 1 | iPhone 11 Pro Max | Mobile | Jackson | Off | MEJ | CFO ER | 256GB | 13.7 | BFU | | | Zip (Partial BFU (GK)) | 015-22 | 1 | Need Passcode for full extraction | Y/Y |
| 08-22 | 09-22 | 1 | iPhone 13 Pro | Mobile | Jackson | Off | MEJ | CFO ER | 128GB | 15.3.1 | BFU | 250781 | 250781 | Zip (GrayKey) | 0JDJY | 9KG6B | | Y/Y |
| 09-22 | 10-22 | 1 | iPhone | Mobile | Masood | Off | MEJ | CFO ER | ?? | 15.3.1 | N/A | | | No | | | Wiped/Reset | N/Y |
| | | 2 | iPhone 5C | Mobile | Masood | Off | MEJ | CFO ER | 16GB | 10.3.3 | BFU | | 0786 (GK) | Zip (GrayKey) | 016-22 | 1 | | Y/Y |
| | | 3 | iPhone 7 | Mobile | Masood | Off | MEJ | CFO ER | ?? | ?? | N/A | | | No | | | Wiped/Reset | N/Y |
| | | 4 | iPhone 6s | Mobile | Masood | Off | MEJ | CFO ER | 64GB | 11.4 | BFU | | <blank> | Zip (Cellebrite) | 017-22 | 1 | | Y/Y |
| | | 5 | iPhone 6 Plus | Mobile | Masood | Off | MEJ | CFO ER | 16GB | 9.1 | BFU | | | Zip (Cellebrite) | 018-22 | 1 | | Y/Y |
| | | 6 | Dell Desktop | Computer | Masood | Off | ALW | CFO ER | 80GB | | | | N/A | E01 | 019-22 | 2 | | Y/Y |
| | | 7 | Thumb Drive | Media | Masood | N/A | ALW | CFO ER | 4GB | | | | N/A | E01 | 019-22 | 3 | | Y/Y |
| | | 8 | ThinkPad Laptop | Computer | Masood | Off | ALW | CFO ER | 320GB | | | | | E01 | 019-22 | 4 | | Y/Y |
| | | 9 | MacBook Pro | Computer | Masood | Off | ALW | CFO ER | 500GB | | | | Pinkoo786! | Cellebrite (AFF4/L01) | 6NK1T | 6UX2W | | Y/Y |
| | | 10 | Thumb Drive | Media | Masood | N/A | ALW | CFO ER | 16GB | | | | N/A | E01 | 019-22 | 5 | | Y/Y |
| 10-22 | 11-22 | 1 | Chromebook | Computer | Peebles | Off | | CFO ER | | | | | | No | | | No acquistion method available. Information may be available via Google Account warrant | N/N |
| | | 2 | iPad Pro | Mobile | Peebles | Off | MEJ | CFO ER | ?? | ?? | ?? | 070292 | | | | | Brute-force cancelled; Need Passcode | P/Y |
| | | 3 | HP Laptop | Computer | Peebles | Off | ALW | CFO ER | 240GB | | | | N/A | E01 | 019-22 | 6 | BitLockered; Need Recovery Key for access | Y/Y |
| | | 4 | MacBook Pro | Computer | Peebles | Off | ALW | CFO ER | 240GB | | | brenda52 | brenda52 | E01 | 6NK1T | 4C4KJ | | Y/Y |
| duplicate line 31 | | 5 | iPhone | Mobile | Peebles | Off | | | | | | | | | | | Recorded as associated EMP item HMMD5-CY4PL | |
| | | 6 | iPad | Mobile | Peebles | Off | MEJ | CFO ER | ?? | ?? | N/A | | | No | | | Wiped/Reset | N/Y |
| duplicate line 32 | | 7 | iPhone | Mobile | Peebles | Off | | | | | | | | | | | Recorded as associated EMP item HMMD5-6TAFAG | |
| | | 8 | Mac | Computer | | | ALW | CFO ER | 1000 | | | 93084394 | | Cellebrite (AFF4/L01) | 6NK1T | 2D3BD | | Y/Y |
| 8Y1U0 | 64UB1 | | iPhone 12 Pro | Mobile | Masood | On | MEJ | CFO ER | 128GB | 15.4.1 | AFU/Unlocked | | | Zip (GrayKey) | 8Y1U0 | 90AF4 | | Y/Y |
| HMMD5 | 6TAFAG | | iPhone 11 Pro Max | Mobile | Peebles | On | MEJ | CFO ER | 256GB | 15.3.1 | AFU | 070292 | 070292 | Zip (GrayKey) | HMMD5 | LW6C9 | | Y/Y |
| | CY4PL | | iPhone 11 Pro | Mobile | Peebles | On | MEJ | CFO ER | 256GB | 15.3.1 | AFU | 070292 | 070292 | Zip (GrayKey) | 90AF4 | 9EBWH | | Y/Y |
| HQBC0 | MA8E8 | | iPad Pro | Mobile | Masood | On | MEJ | CFO ER | 32 | 15.3.1 | AFU/BFU | 078699 | 078654 | Zip (GrayKey) | HQBC0 | TGJT7 | | Y/Y |
| | 8WFTC | | iPad Pro | Mobile | Masood | On | MEJ | CFO ER | 64 | 15.3.1 | AFU | 078654 | 078699 | Zip (GrayKey) | HQBC0 | 2X56B | | Y/Y |

**Status Legend**

| | |
|---|---|
| Complete | Item Acquired |
| In-Progress | Acquisition pending passcode break or other activity |
| Warning | Acquisition obtained but may not be useful without passcode or nothing to acquire |
| Not Acquired | Not acquirable w/o passcode or other action |

Controlled By: USACID
Controlled by: CISA-CYD-DF
Categories: Investigations
Distribution/Dissemination Controls: DL Only
POC: Mark Johnson, 571-305-3387

CUI



Exhibit A