Exhibit C                    Joshua Greenberg <josh@joshgreenberglawfirm.com>

## Additional Chains of Custody from SA Kimrey

**Gardner, Darren (USAMD)** <Darren.Gardner@usdoj.gov>                    Mon, Aug 26, 2024 at 2:51 PM
To: Joshua Greenberg <josh@joshgreenberglawfirm.com>
Cc: Daniel Goldman <dan@dangoldmanlaw.com>, Eugene Gorokhov <eugene@burnhamgorokhov.com>, "Manthripragada, Ranganath (USAMD)" <Ranganath.Manthripragada@usdoj.gov>

Josh,

The answer is yes.  What we have been waiting on is the chains of custody for the *images*.  Regarding the physical device chains of custody, those have already been uploaded.

You have a complete chain of custody for all electronic devices, whether the physical devices or the electronic images of those devices.

Regards,

Darren S. Gardner

Assistant U.S. Attorney

District of Maryland

Office: 301-344-4029

Cell: 443-908-9113

---

**From:** Joshua Greenberg <josh@joshgreenberglawfirm.com>
**Sent:** Monday, August 26, 2024 2:38 PM
**To:** Gardner, Darren (USAMD) <DGardner1@usa.doj.gov>
**Cc:** Daniel Goldman <dan@dangoldmanlaw.com>; Eugene Gorokhov <eugene@burnhamgorokhov.com>; Manthripragada, Ranganath (USAMD) <RManthripragada@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Additional Chains of Custody from SA Kimrey


I don't know why none of us got a notice of the new upload. We will look at this upload.


Please answer without further delay: Has the government now produced to us **all chain of custody records for the 27 electronic devices** -- not just for what you call "images" -- seized from Jackson, Peebles, and Masood? Judge Xinis ordered you to produce all of those to us by over

four days ago. It is a yes or no question, and we need to know the answer to prepare the filing due at 10:00 a.m. tomorrow. Thanks.

On Mon, Aug 26, 2024 at 2:29 PM Gardner, Darren (USAMD) <Darren.Gardner@usdoj.gov> wrote:

> Hello Josh,
>
> I have provided regular updates throughout regarding progress. You now have all chains of custody records for all electronic device images.
>
> The files were uploaded when I noted they would be and are sitting on USAfx in the "Chains of Custody" folder which shows Joshua Kimrey as the editor. USAfx will always sort documents by the most recent upload.
>
> Thank you,
>
> Darren S. Gardner
>
> Assistant U.S. Attorney
>
> District of Maryland
>
> Office: 301-344-4029
>
> Cell: 443-908-9113
>
> **From:** Joshua Greenberg <josh@joshgreenberglawfirm.com>
> **Sent:** Monday, August 26, 2024 2:22 PM
> **To:** Gardner, Darren (USAMD) <DGardner1@usa.doj.gov>
> **Cc:** Daniel Goldman <dan@dangoldmanlaw.com>; Eugene Gorokhov <eugene@burnhamgorokhov.com>; Manthripragada, Ranganath (USAMD) <RManthripragada@usa.doj.gov>
> **Subject:** Re: [EXTERNAL] Additional Chains of Custody from SA Kimrey
>
> What is the answer to the question in my last email?
>
> You are now more than four full days past the deadline that the Court gave you at the telephonic hearing last week to produce all chain of custody records. The upload you said over an hour ago would happen "momentarily" still evidently has not happened, as neither my co-counsel nor I have received notice of a new upload.
>
> We have a critically important filing due at 10:00 a.m. tomorrow. Your delays, for which you have offered no explanation and which plainly

violate the Court's order to produce, are unfairly prejudicing our ability to prepare that filing.

On Mon, Aug 26, 2024 at 1:18 PM Joshua Greenberg <josh@joshgreenberglawfirm.com> wrote:

> After that upload is complete, will the government have produced to us all chain of custody records for the electronic devices seized from Jackson, Peebles, and Masood?
>
> On Mon, Aug 26, 2024 at 1:14 PM Gardner, Darren (USAMD) <Darren.Gardner@usdoj.gov> wrote:
>
>> Counsel,
>>
>> We have fixed the issue and SA Joshua Kimrey is now uploading the electronic device image chains of custody to USAfx. You should see them as soon as the upload is complete momentarily.
>>
>> Regards,
>>
>> Darren S. Gardner
>>
>> Assistant U.S. Attorney
>>
>> District of Maryland
>>
>> Office: 301-344-4029
>>
>> Cell: 443-908-9113
>>
>> ---
>>
>> **From:** Joshua Greenberg <josh@joshgreenberglawfirm.com>
>> **Sent:** Saturday, August 24, 2024 4:01 PM
>> **To:** Gardner, Darren (USAMD) <DGardner1@usa.doj.gov>
>> **Cc:** Daniel Goldman <dan@dangoldmanlaw.com>; Eugene Gorokhov <eugene@burnhamgorokhov.com>; Manthripragada, Ranganath (USAMD) <RManthripragada@usa.doj.gov>
>> **Subject:** Re: [EXTERNAL] Additional Chains of Custody from SA Kimrey
>>
>> Thanks for sending the extraction reports. Judge Xinis ordered you to produce all documents related to the devices by 2:00 p.m. on Thursday (two days ago). Material deficiencies and omissions still exist. Given these extraordinary circumstances, please ask the contractors to work on this ASAP and send all of the remaining items to us ASAP -- by later today if possible.
>>
>> We cannot wait until Monday. It is clear that Judge Xinis expects everyone involved to work diligently during the weekend. You are responsible for what your contractors do or

do not do. (For the avoidance of doubt, by "you" and "your" I mean not only you but also the government, your co-counsel, and your office.)

On Sat, Aug 24, 2024 at 2:34 PM Gardner, Darren (USAMD) <Darren.Gardner@usdoj.gov> wrote:

> Dan,
>
> The extraction reports were just uploaded to FX (folder titled accordingly).
>
> Regarding chains of custody for the images, I'm being told by SA Kimrey that he is unable to access those reports on his system (everything is electronic) due to an error message received when he tries to do so which he is unable to fix.  He said he will need the assistance of contractors who manage the system at Quantico who will not be available until Monday.
>
> It's on top of his priority list and we'll try to get you everything as expeditiously as possible.
>
> Regards,
>
> Darren S. Gardner
>
> Assistant U.S. Attorney
>
> District of Maryland
>
> Office: 301-344-4029
>
> Cell: 443-908-9113
>
> ---
>
> **From:** Daniel Goldman <dan@dangoldmanlaw.com>
> **Sent:** Saturday, August 24, 2024 2:03 PM
> **To:** Gardner, Darren (USAMD) <DGardner1@usa.doj.gov>
> **Cc:** Eugene Gorokhov <eugene@burnhamgorokhov.com>; Joshua Greenberg <josh@joshgreenberglawfirm.com>; Manthripragada, Ranganath (USAMD) <RManthripragada@usa.doj.gov>
> **Subject:** Re: [EXTERNAL] Additional Chains of Custody from SA Kimrey
>
> Thanks, Darren. Just following up for an ETA on these. We can't wait through the weekend as they're needed for the briefing due Tuesday.
>
> Thank you,
>
> Dan Goldman
>
> The Law Office of Daniel Goldman
> 421 King Street, Suite 505
> Alexandria, Virginia 22314
> (202) 677-5709

On Fri, Aug 23, 2024 at 10:59 PM Gardner, Darren (USAMD) <Darren.Gardner@usdoj.gov> wrote:

> Of course.   I'll follow up with you ASAP.
>
> Get Outlook for iOS
>
> ---
>
> **From:** Daniel Goldman <dan@dangoldmanlaw.com>
> **Sent:** Friday, August 23, 2024 3:16:08 PM
> **To:** Gardner, Darren (USAMD) <DGardner1@usa.doj.gov>
> **Cc:** Eugene Gorokhov <eugene@burnhamgorokhov.com>; Joshua Greenberg <josh@joshgreenberglawfirm.com>
> **Subject:** [EXTERNAL] Additional Chains of Custody from SA Kimrey
>
> Good afternoon, Darren,
>
> Could you please follow up with SA Kimrey about the additional chains of custody and extraction reports for the imaged drives? He told me at 2:00 p.m. that he was working on it right then, but they've not yet been provided.
>
> Thank you,
>
> Dan
>
> --
>
> The Law Office of Daniel Goldman, PLLC
>
> 421 King St., Ste. 505
>
> Alexandria, VA 22314
>
> (202) 251-5063 - Phone
>
> (833) 523-2310 - Fax
>
> \*\*This is a transmission from The Law Office of Daniel Goldman, PLLC, and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (202) 677-5709.\*\*

--

The Law Office of Daniel Goldman, PLLC

421 King St., Ste. 505

Alexandria, VA 22314

(202) 251-5063 - Phone

(833) 523-2310 - Fax

\*\*This is a transmission from The Law Office of Daniel Goldman, PLLC, and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (202) 677-5709.\*\*