Exhibit D                     Joshua Greenberg <josh@joshgreenberglawfirm.com>

---

**Additional Chains of Custody from SA Kimrey**

---

**Gardner, Darren (USAMD)** <Darren.Gardner@usdoj.gov>                Sun, Aug 25, 2024 at 11:06 PM
To: Joshua Greenberg <josh@joshgreenberglawfirm.com>
Cc: Daniel Goldman <dan@dangoldmanlaw.com>, Eugene Gorokhov <eugene@burnhamgorokhov.com>, "Manthripragada, Ranganath (USAMD)" <Ranganath.Manthripragada@usdoj.gov>

Good evening counsel,

Despite trying to find a workaround and making numerous phone calls and inquiries over the weekend, we were unable to fix the issue. Tomorrow morning we will turn to it in earnest and expect we'll be able to resolve it then. We are making every effort to get you these documents.

Regards,

Darren S. Gardner

Assistant U.S. Attorney

District of Maryland

Office: 301-344-4029

Cell: 443-908-9113

---

**From:** Joshua Greenberg <josh@joshgreenberglawfirm.com>
**Sent:** Saturday, August 24, 2024 4:01 PM
**To:** Gardner, Darren (USAMD) <DGardner1@usa.doj.gov>
**Cc:** Daniel Goldman <dan@dangoldmanlaw.com>; Eugene Gorokhov <eugene@burnhamgorokhov.com>; Manthripragada, Ranganath (USAMD) <RManthripragada@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Additional Chains of Custody from SA Kimrey

Thanks for sending the extraction reports. Judge Xinis ordered you to produce all documents related to the devices by 2:00 p.m. on Thursday (two days ago). Material deficiencies and omissions still exist. Given these extraordinary circumstances, please ask the contractors to work on this ASAP and send all of the remaining items to us ASAP -- by later today if possible.

We cannot wait until Monday. It is clear that Judge Xinis expects everyone involved to work diligently during the weekend. You are responsible for what your contractors do or do not do. (For the avoidance of doubt, by "you" and "your" I mean not only you but also the government, your co-counsel, and your office.)

On Sat, Aug 24, 2024 at 2:34 PM Gardner, Darren (USAMD) <Darren.Gardner@usdoj.gov> wrote:

Dan,

The extraction reports were just uploaded to FX (folder titled accordingly).

Regarding chains of custody for the images, I'm being told by SA Kimrey that he is unable to access those reports on his system (everything is electronic) due to an error message received when he tries to do so which he is unable to fix. He said he will need the assistance of contractors who manage the system at Quantico who will not be available until Monday.

It's on top of his priority list and we'll try to get you everything as expeditiously as possible.

Regards,

Darren S. Gardner

Assistant U.S. Attorney

District of Maryland

Office: 301-344-4029

Cell: 443-908-9113

---

**From:** Daniel Goldman <dan@dangoldmanlaw.com>
**Sent:** Saturday, August 24, 2024 2:03 PM
**To:** Gardner, Darren (USAMD) <DGardner1@usa.doj.gov>
**Cc:** Eugene Gorokhov <eugene@burnhamgorokhov.com>; Joshua Greenberg <josh@joshgreenberglawfirm.com>; Manthripragada, Ranganath (USAMD) <RManthripragada@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Additional Chains of Custody from SA Kimrey

Thanks, Darren. Just following up for an ETA on these. We can't wait through the weekend as they're needed for the briefing due Tuesday.

Thank you,

Dan Goldman

The Law Office of Daniel Goldman
421 King Street, Suite 505
Alexandria, Virginia 22314
(202) 677-5709

On Fri, Aug 23, 2024 at 10:59 PM Gardner, Darren (USAMD) <Darren.Gardner@usdoj.gov> wrote:

> Of course.   I'll follow up with you ASAP.

Get Outlook for iOS

---

**From:** Daniel Goldman <dan@dangoldmanlaw.com>
**Sent:** Friday, August 23, 2024 3:16:08 PM
**To:** Gardner, Darren (USAMD) <DGardner1@usa.doj.gov>
**Cc:** Eugene Gorokhov <eugene@burnhamgorokhov.com>; Joshua Greenberg <josh@joshgreenberglawfirm.com>
**Subject:** [EXTERNAL] Additional Chains of Custody from SA Kimrey

Good afternoon, Darren,

Could you please follow up with SA Kimrey about the additional chains of custody and extraction reports for the imaged drives? He told me at 2:00 p.m. that he was working on it right then, but they've not yet been provided.

Thank you,

Dan

--

The Law Office of Daniel Goldman, PLLC

421 King St., Ste. 505

Alexandria, VA 22314

(202) 251-5063 - Phone

(833) 523-2310 - Fax

**This is a transmission from The Law Office of Daniel Goldman, PLLC, and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (202) 677-5709.**

--

The Law Office of Daniel Goldman, PLLC

421 King St., Ste. 505

Alexandria, VA 22314

(202) 251-5063 - Phone

(833) 523-2310 - Fax

**This is a transmission from The Law Office of Daniel Goldman, PLLC, and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (202) 677-5709.**