# EVIDENCE/PROPERTY CUSTODY DOCUMENT

For use of this form see AR 190-45 and AR 195-5; the proponent agency is the U.S. Army Criminal Investigation Command

**MPR/CID SEQUENCE NUMBER:** 00009-2019-CID192

**CRD REPORT/CID ROI NUMBER:** 003034

**RECEIVING ACTIVITY:** Washington Metro Fraud Resident Agency

**LOCATION:** Fort Belvoir, VA 22060

**NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED:**
- ☐ OWNER
- ☒ OTHER — Crime Scene/Search Warrant

**ADDRESS (Include Zip Code):** N/A

Exhibit E

**LOCATION FROM WHERE OBTAINED:** Various locations within 2507 Sir Michael Place, Lanham, MD

**REASON OBTAINED:** Evaluation as Evidence

**TIME/DATE OBTAINED:** 1025/6 Apr 22

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | Laptop; silver, gray and black in color, metal, plastic, and glass type construction, manufacturers markings of HP, serial number 5CD6114N9M, contains one charging cable and CAC. //////////////////////////////////////////Last Item////////////////////////////////////////////////////////// MFID with 1025/6APR22/ZWB ZWB |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1 | 6 Apr 22 | SIGNATURE: N/A<br>NAME, GRADE OR TITLE: Crime Scene/Search Warrant | SIGNATURE: [signed] ZWB<br>NAME, GRADE OR TITLE: SA Zachary W. Bornick | Evaluation as Evidence |
| 1 | 6 Apr 22 | SIGNATURE: [signed] ZWB<br>NAME, GRADE OR TITLE: SA Zachary W. Bornick | SIGNATURE: [signed] JTK<br>NAME, GRADE OR TITLE: SA Joshua T. Kimrey | Received By Evidence Custodian |
| 1 | 10 Aug 22 | SIGNATURE: [signed] JTK<br>NAME, GRADE OR TITLE: Joshua T. Kimrey | SIGNATURE: [signed]<br>NAME, GRADE OR TITLE: Ms. Harriet Jackson | Released to owner |

**DA FORM 4137, 1 Jul 76** — Replaces DA FORM 4137, 1 Aug 74, and DA FORM 4137-R, Privacy Act Statement, 26 Sep 75, which are obsolete

**LOCATION:** L3-B    **DOCUMENT NUMBER:** 1-22

ORIGINAL

CHAIN OF CUSTODY (Continued)

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME, GRADE OR TITLE | NAME, GRADE OR TITLE | |

**FINAL DISPOSITION ACTION**

RELEASE TO OWNER OR OTHER (Name/Unit) __Ms. Harriet Jackson__

DESTROY _____

OTHER (Specify)

**FINAL DISPOSITION AUTHORITY**

ITEM(S) __1__ ON THIS DOCUMENT, PERTAINING TO THE INVESTIGATION INVOLVING _____
(grade)

__Ms. Harriet Jackson__, __2507 Sir Michael Pl, Lanham, MD__ (IS) (ARE) NO LONGER
(Name)         (Organization)

REQUIRED AS EVIDENCE AND MAY BE DISPOSED OF AS INDICATED ABOVE. (If article(s) must be retained, do not sign, but explain in separate correspondence.)

__see MFR (email from AUSA)__

(Typed/Printed Name, Grade, Title)         (Signature)         (Date)

**WITNESS TO DESTRUCTION OF EVIDENCE**

THE ARTICLE(S) LISTED AT ITEM NUMBER(S) _____ (WAS) (WERE) DESTROYED BY THE EVIDENCE CUSTODIAN, IN MY PRESENCE, ON THE DATE INDICATED ABOVE

_____
(Typed/Printed Name, Organization)         (Signature)

DA FORM 4137
1 Jul 76

Replaces DA FORM 4137, 1 Aug 74, and DA FORM 4137-R, Privacy Act Statement, 26 Sep 75, which are obsolete

LOCATION _____

DOCUMENT NUMBER _____

ORIGINAL

## Kimrey, Joshua T CIV USARMY 701 MP GP (USA)

**From:** Ake, Adam (USAMD) <Adam.Ake@usdoj.gov>
**Sent:** Tuesday, August 9, 2022 12:59 PM
**To:** Kimrey, Joshua T CIV USARMY 701 MP GP (USA)
**Subject:** [Non-DoD Source] RE: Evidence Disposition Authority - U.S. vs Masood

S/A Kimrey,

Please return all electronic devices seized in this case to their owners once the devices have been forensically imaged and successfully extracted. Additionally, original documents can be returned to defendants on a case-by-case basis, i.e., on their request, so long as a copy is made. In all cases, the defendant or his/her counsel should sign a receipt for the return both to prove it was returned and to preclude any later argument that the item did not belong to them.

Thanks,

Adam K. Ake
Assistant U.S. Attorney
District of Maryland
6406 Ivy Lane, Ste 800
Greenbelt, MD 20770
O: 301-344-4340
C: 443-509-7243

-----Original Message-----
From: Kimrey, Joshua T CIV USARMY 701 MP GP (USA) <joshua.t.kimrey.civ@army.mil>
Sent: Tuesday, August 9, 2022 11:30 AM
To: Ake, Adam (USAMD) <aake@usa.doj.gov>
Subject: [EXTERNAL] Evidence Disposition Authority - U.S. vs Masood

Adam,

I'm required to document evidence disposition authority for the return of evidence. I know we've talked about it and you've put it in various emails, but for the sake of simplifying things, can you please respond to this email directing me to return all evidence belonging to Peebles/Jackson/Masood for Army CID Case Number 0009-2019-CID192.

Respectfully,

Joshua T. Kimrey
Special Agent
Washington Metro Fraud Resident Agency
Major Procurement Fraud Field Office
U.S. Army Criminal Investigation Division
Fort Belvoir, VA 22060
Cell: 571.536.4719
Email: joshua.t.kimrey.civ@army.mil

CUI