# Exhibit F

00051-2022-CID351

## Digital Evidence Collection Worksheet

### Section 1 – General Information

| Date | Evidence # | Case # |
|---|---|---|
| 2022-06-13 | DN 001-22, Item 1 | 00051-2022-CID351 |

| Examiner/Agent | Examiner/Agent's Office |
|---|---|
| Mark Johnson | USACID-CYD-DFRB |

### Section 2 – Search Scene Information

Scene Photographed ☐ Yes ☐ No ☒ N/A

| Facility Address | Building Number and/or Name |
|---|---|
|  |  |
|  | Room Number |
| Location in Room | Probable User(s) |

Additional Comments

### Section 3 – Cell Phone

Item Photographed ☒ Yes ☐ No ☐ N/A

*Note: Removal of SIM cards and removable media will only be done by a DFE, lab examiner, or specially trained DMC. Removing SIM cards or powering off the device may hinder data extraction techniques. If issues arise, coordinate with a DFE/DMC for guidance.*

| Make | Model | Phone Number | Pattern Unlock |
|---|---|---|---|
| Apple | iPhone 7 |  |  |

| Serial/Property Number | Placed in Airplane Mode ☐ Yes ☒ No |
|---|---|
| IMEI/ESN | Bluetooth & Wi-Fi Disabled ☐ Yes ☒ No |
| SIM ICCID | Memory Card Present ☐ Yes ☒ No  If Yes, see Section 7 |

| PIN/Passcode | Lock Status ☒ Locked ☐ Unlocked | Biometric Lock ☒ Yes ☐ No | Biometric Method TouchID |
|---|---|---|---|

| Cell Date/Time | Extraction Obtained | Additional Comments |
|---|---|---|
| 6:33 Apr 19 (TZ/Year unk) | ☐ Yes ☒ No  If Yes, see Section 6 | Received on and unsealed |

### Section 4 – Computer Information

Item Photographed ☐ Yes ☐ No ☒ N/A

| Computer Make | Computer Model | Serial/Property Number | Type (desktop, laptop, server, etc.) |
|---|---|---|---|
| Classification | Encrypted ☐ Yes ☐ No | Recovery/Encryption Key |  |
| Visible Operating System | Status (running, locked, etc.) | Biometric Lock ☐ Yes ☐ No | Biometric Method |
| Biometric Comments | BIOS Locked ☐ Yes ☐ No | BIOS Password | BIOS Date/Time |

| Known Good Local Time and Date | Action taken to shut system down |
|---|---|
| 17:15 13 Jun 20 ET |  |

| Time Zone | Additional Comments |
|---|---|

00051-2022-CID351

## Digital Evidence Collection Worksheet

| Section 5 – Volatile Data |||
|---|---|---|
| Volatile information captured<br>☐ Yes ☒ No | Tool used to collect volatile information | Evidence Verified<br>☐ Yes ☐ No |
| Additional Comments |||

| Section 6 – Storage Media Information (Primary) |||| Item Photographed ☐ Yes ☐ No ☒ N/A |
|---|---|---|---|---|
| Make || Model | Serial Number | Size |
| Type (Cell, HDD, SD Card, etc.)<br>Cell || Classification<br>None | Image File Name ||
| Image Format<br>☐ E01/EX01<br>☐ DD<br>☐ Cellebrite<br>☒ Other<br>_____ || Write Blocker<br>☐ Hardware<br>☐ Software<br>☒ Other | Write Blocker Information ||
| |||Make | |
| |||Model | |
| |||SN | |
| |||Other | |
| Evidence Verified || Additional Comments |||

| Section 7 – Storage Media Information (Additional) |||| Item Photographed ☐ Yes ☐ No ☐ N/A |
|---|---|---|---|---|
| Make || Model | Serial Number | Size |
| Type (Cell, HDD, SD Card, etc.) || Classification | Image File Name ||
| Image Format<br>☐ E01/EX01<br>☐ DD<br>☐ Cellebrite<br>☐ Other<br>_____ || Write Blocker<br>☐ Hardware<br>☐ Software<br>☐ Other | Write Blocker Information ||
| |||Make | |
| |||Model | |
| |||SN | |
| |||Other | |
| Evidence Verified || Additional Comments |||

| Section 8 – Evidence Drive Information (Target Storage) ||||
|---|---|---|---|
| Make | Model | Serial Number | Size |
| EPCD DN | Additional Comments |||

### Section 9 – Additional Comments

Not supported by Cellebrite.

Brute-force attempt (GrayKey) cancelled by case-agent request.