8/24/24, 12:39 AM                           Law Office of Daniel Goldman PLLC Mail - US v. Akbar Masood, et al. Jencks

Case 8:22-cr-00091-PX    Document 261-8    Filed 08/27/24    Page 1 of 1



# Exhibit H

Daniel Goldman <dan@dangoldmanlaw.com>

## US v. Akbar Masood, et al. Jencks
1 message

**Perez, Carolyn (USAMD)** <Carolyn.Perez@usdoj.gov>                    Fri, Aug 16, 2024 at 9:39 PM
To: Eugene Gorokhov <eugene@burnhamgorokhov.com>, "jlowther@lowtherwalker.com" <jlowther@lowtherwalker.com>
Cc: "Gardner, Darren (USAMD)" <Darren.Gardner@usdoj.gov>, "Manthripragada, Ranganath (USAMD)" <Ranganath.Manthripragada@usdoj.gov>, "dan@dangoldmanlaw.com" <dan@dangoldmanlaw.com>

Counsel,

The Government's Jencks production is now available on USAfx to be downloaded.

Please download the materials at your earliest convenience since USAfx will automatically delete materials after some time.

If you have any issues, please let me know.

Thank you,

Carolyn Perez

Paralegal Specialist


U.S. Attorney's Office

District of Maryland

Southern Division