

# Exhibit I

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Darren S. Gardner*  
*Assistant United States Attorney*  
*Darren.Gardner@usdoj.gov*

*Mailing Address:*  
*6500 Cherrywood Lane, Suite 200*  
*Greenbelt, MD 20770-1249*

*Office Location:*  
*6406 Ivy Lane, 8th Floor*  
*Greenbelt, MD 20770-1249*

*DIRECT: 301-344-4029*  
*MAIN: 301-344-4433*  
*FAX: 301-344-4516*

August 22, 2024

Dan Goldman, Esq.
The Law Office of Daniel Goldman, PLLC
421 King St., Ste 505
Alexandira, VA 22314

Eugene Gorokhov, Esq.
Burnham & Gorokhov, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006

  Re: <u>United States v. Akbar Masood, et al.</u>
     Criminal No. PX-22-091
     Witness List

Dear Counsel:

  We intend to call the following individuals at trial as part of the Government's case in chief or anticipated rebuttal case:

Alibe Robertson
Alsane Soumah
Barbara Rosas
Diana McCalpin
Elaine Robinson
Gail Terrell
Harriet Jackson
Joshua Kimrey, Army CID
Kristine Gillespie
Leslie Vass
Lorenzo Carpenter, DoD OIG
Marlon Johnson
Michelle Peebles
Nancy Stambler
Patrick Clezie
Renee Connor

Salmon Ejaz
Salvatore O' Donnell
Solange Gboussou
Wesley Mahon, Army CID

                Regards,

                Erek L. Barron
                United States Attorney

By: _____/s/_____
                Darren S. Gardner
                Ranganath Manthripragada
                Assistant United States Attorneys