

Joshua Greenberg <josh@joshgreenberglawfirm.com>

---

## URGENT for U.S. v. Masood: Reiterated Request for Giglio Information

**Joshua Greenberg** <josh@joshgreenberglawfirm.com>  Sat, Aug 24, 2024 at 5:29 PM
To: "Gardner, Darren (USAMD)" <Darren.Gardner@usdoj.gov>
Cc: "Manthripragada, Ranganath (USAMD)" <Ranganath.Manthripragada@usdoj.gov>, Eugene Gorokhov <eugene@burnhamgorokhov.com>, Daniel Goldman <dan@dangoldmanlaw.com>
Bcc: josh@joshgreenberglawfirm.com

Dear Mr. Gardner:

We appreciate the prompt response on these inquiries.

Sincerely,

Josh Greenberg

Sent from my iPhone

> On Aug 24, 2024, at 5:15 PM, Gardner, Darren (USAMD) <Darren.Gardner@usdoj.gov> wrote:
>
> Mr. Greenberg,
>
> Regarding #1, There is no such material to disclose.
>
> Regarding #2, the plea agreements with Harriet Jackson and Michelle Peebles, along with the standard cooperation agreement forms, are the only responsive material to your request. They are reproduced here for your convenience.
>
> Darren S. Gardner
>
> Assistant U.S. Attorney
>
> District of Maryland
>
> Office: 301-344-4029
>
> Cell: 443-908-9113
>
> ---
>
> **From:** Joshua Greenberg <josh@joshgreenberglawfirm.com>
> **Sent:** Saturday, August 24, 2024 3:55 PM
> **To:** Gardner, Darren (USAMD) <DGardner1@usa.doj.gov>
> **Cc:** Manthripragada, Ranganath (USAMD) <RManthripragada@usa.doj.gov>; Eugene Gorokhov <eugene@burnhamgorokhov.com>; Daniel ("Dan") Goldman <dan@dangoldmanlaw.com>
> **Subject:** [EXTERNAL] URGENT for U.S. v. Masood: Reiterated Request for Giglio Information

Dear Mr. Gardner:

In light of the facts that the Court (i) has set a deadline of 10:00 a.m. on Tuesday for the parties to file letter briefs on whether this case should be dismissed before the imminent trial and (ii) will hold a hearing two days later on that issue, please produce the following as soon as feasible and by tomorrow (Sunday) at the latest:

-- All information in any format, including but not limited to emails, agreements, draft agreements, and handwritten notes, reflecting a formal or informal offer to seek or grant immunity or otherwise remove or reduce any risk of prosecution or incarceration for Marlon Johnson or Barbara Rosas a/k/a Barbara Rosas (Johnson) a/k/a Barbara Johnson. (The last name of the latter is identified in different ways in the reports.)

-- All direct or indirect offers or other communications related to a reduced sentence, the possibility of a reduced sentence, or no prosecution, no conviction, or no sentence for any current or former co-defendant or potential co-defendant if they cooperate with or assist the government in connection with its investigation or prosecution of Mr. Masood.

Thank you.

Sincerely,

Josh Greenberg
The Josh Greenberg Law Firm PLLC
(202) 422-0809

josh@joshgreenberglawfirm.com

1717 K Street, NW, Suite 900

Washington, DC  20006

joshgreenberglawfirm.com

<4.1.24 Jackson plea (18 USC 1035 - Ake) Digital Signed.pdf>
<20240430 Signed plea letter.pdf>