| Witness Name | Role / Importance<br>(Indictment / Defense) | Reasons For Exclusion<br>(Brady / Giglio / Rule 16 violation or prejudice could not be mitigated) |
|---|---|---|
| **PRIMARY PREJUDICE – Due to Brady / Giglio / Rule 16 violation** | | |
| **Harriet Jackson** | • One of the main alleged conspirators / sole owner of Case Healthcare Solutions, Inc. | • Information from her devices was never scanned for *Brady*<br>• Information was never shared with the Defense |
| **Michelle Peebles** | • Site Manager / Principal (Majority Owner of HMA / One of the main alleged conspirators | • Information from her devices was never scanned for *Brady*<br>• Information was never shared with the Defense |
| **EXTENDEND PREJUDICE – Critical communication suppressed by above violations, could not be accessed any other way** | | |
| **Marlon Johnson** | • The main accuser – his communication with other pleaded-out main defendants Jackson and Peebles are critical to defense<br>• He was the Project Manager / POC of the WR contract, and along with his wife Ms. Rosas (Johnson), oversaw / controlled all aspects of WR contract<br>• Based on Discovery data, he along with his wife, Ms. Rosas (Johnson), and with potential collaboration with Jackson and Peebles double-charged and over-billed Walter Reed.<br>• He also very closely collaborated with Harriet Jackson on submission of Case Healthcare Solutions 8a application (Zoom interview and Case investor agreement)– a major source of tension between Mr. Masood and Mr. Johnson | • Mr. Johnson's communication with Jackson and Peebles could not have been obtained by defense from any other source<br>• Marlon Johnson's Infused Solutions email, and phone were never obtained and cannot be reliably obtained now<br>• Mr. Johnson's wife, Ms. Rosas (Johnson) provided other Infused emails to the government but did not include Mr. Johnson's emails<br>• Government did not ask for nor got access to Infused email server |
| **Barbara Rosas** | • She was the Director of Operations for Infused – oversaw and controlled Infused Human Resources, Hiring, Processing, Payroll, Invoicing, Banking, Accounting, etc.<br>• In her role, she oversaw / controlled Walter Reed contract hiring, processing background investigation, timesheets approval, payroll processing, invoicing and accounting.<br>• Her communication with pleaded-out main defendants Harriett and Michelle are critical to defense<br>• She also initially had a very close relationship with Jackson and Peebles – this relationship turned sour over time. | • Ms. Rosas's communication with Jackson and Peebles could not have been obtained by defense from any other source<br>• Her Infused Solutions email, and phone were never obtained and cannot be reliably obtained now.<br>• Ms. Rosas provided other Infused emails to the government but did not include her own emails<br>• Government did not ask for nor get access to Infused email server |
| **Renee Connor** | • Her name and signature were used by Jackson and Peebles to sign Infused Solutions Independent Contractor agreement with HMA<br>• She was a friend and colleague of Harriett Jackson.<br>• Communication about / with her between Jackson and Peebles are critical to defense | Communication with or about Renee Connor could not have been accessed any other way |
| **Alsane Soumah** | • He is ex-boyfriend / husband of Harriett Jackson and also father of her daughter Allyssa Jackson.<br>• He was introduced to the Walter Reed Contractor as a CDI coder by Michelle / Harriett<br>• When Soumah could not get processed through Walter Reed background investigation and security, they continued billing for him | Communication with or about Alsane Soumah could not have been accessed any other way |
| **Patrick Clezie** | • As the outside accountant for Infused Solutions and Case Healthcare Solutions (Case-HCS) (100% owned by Ms. Jackson), Mr. Clezie prepared financial reports and tabulated data on all contracts – including the Walter Reed contract.<br>• He reported to Mr. Rojas; he communicated with Ms. Jackson about the Walter Reed contract for years and later for the NCR contract for Case-HCS; and he communicated with Ms. Peebles about relevant matters as well. | Mr. Clezie's communications with Ms. Jackson and Ms. Peebles could not have been obtained by defense counsel from any other source.<br><br>Mr. Clezie's Infused Solutions email, and phone were never obtained and cannot be reliably obtained now. |