RE: Investigation pertaining to HMA Solutions/Infused Solutions, LLC

Daniel, Kimonia S CIV (USA) <kimonia.s.daniel.civ@mail.mil>
Tue 5/7/2024 8:56 AM
To:Kimrey, Joshua T CIV USARMY HQDA USACID (USA) <joshua.t.kimrey.civ@army.mil>
Cc:Dailey, Tierra N CIV DCAA EA (USA) <tierra.n.dailey.civ@mail.mil>

Good Morning Josh,

Its been a while since we've chatted.  In our last meeting with the full investigative team there was discussion of the spreadsheets, questions about HMA and a possible plea hold for Jackson.  These are just a few things noted from my notes.  Thus I know in other conversations, the case was pending plea deals and seeking to come to final agreements.  Have there been any updates with the case?  Is there anything that DCAA can assist with at this stage of the case for you guys?  Is there a date and time you would like to set a meeting to discuss?


R/S,

Kimonia Daniel
(She, Her)
Investigative Support Auditor
Phone: 571-448-6643
Email: kimonia.s.daniel.civ@mail.mil


CUI

IMPORTANT: This e-mail, including all attachments, constitute Federal Government records and property that is intended only for the use of the individual or entity to which it is addressed. It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the e-mail immediately.

-----Original Message-----
From: Kimrey, Joshua T CIV USARMY HQDA USACID (USA) <joshua.t.kimrey.civ@army.mil>
Sent: Wednesday, March 6, 2024 1:32 PM
To: Daniel, Kimonia S CIV (USA) <kimonia.s.daniel.civ@mail.mil>
Subject: RE: Investigation pertaining to HMA Solutions/Infused Solutions, LLC

Kim,

I'm very sorry for missing you!

I've attached a good summary of the case in PowerPoint.

As far as lately, it appears we are working on plea deals/dismissals for all 8 subjects. We are conducting follow-up proffers with Peebles/Jackson to confirm their story - pinning most everything of Masood. The last thing we need to do is calculate the loss that is associated with Masood. My response would be basically the spreadsheet Diyanna completed (attached). We will see what Adam wants to do.

Sonya is completing the write-up for the latest Peebles interview, however, I'm attached the first couple proffers for your satisfaction. I promise to make time to chat more.

-Josh


-----Original Message-----
From: Daniel, Kimonia S CIV (USA) <kimonia.s.daniel.civ@mail.mil>
Sent: Friday, February 9, 2024 11:48 AM
To: Kimrey, Joshua T CIV USARMY HQDA USACID (USA) <joshua.t.kimrey.civ@army.mil>
Cc: sonya.smith@ncis.navy.mil; Ligon, Sahkeeta M CIV DCAA HQ (USA) <sahkeeta.m.ligon.civ@mail.mil>; Warne, Kevin A CIV (USA) <kevin.a.warne.civ@dodig.mil>
Subject: RE: Investigation pertaining to HMA Solutions/Infused Solutions, LLC

Hi Josh,

Next Wed. will be great. Thank you for the update of agent Goins.

R/S,

Kimonia Daniel
(She, Her)
Investigative Support Auditor
Phone: 571-448-6643
Email: kimonia.s.daniel.civ@mail.mil

-----Original Message-----
From: Kimrey, Joshua T CIV USARMY HQDA USACID (USA) <joshua.t.kimrey.civ@army.mil>
Sent: Friday, February 9, 2024 11:08 AM
To: Daniel, Kimonia S CIV (USA) <kimonia.s.daniel.civ@mail.mil>; Goins, Ryan

D CIV (USA) <ryan.d.goins.civ@dodig.mil>
Cc: sonya.smith@ncis.navy.mil; Ligon, Sahkeeta M CIV DCAA HQ (USA) <sahkeeta.m.ligon.civ@mail.mil>; Warne, Kevin A CIV (USA) <kevin.a.warne.civ@dodig.mil>
Subject: RE: Investigation pertaining to HMA Solutions/Infused Solutions, LLC

Hey Kim,

Thanks for the note. I am the lead agent on this case.

SA Goins no longer works this case, he moved to another office. The current DCIS agent is SA Kevin Warne.

I can brief you, maybe next Wednesday when you are in the office. Sort of complicated.

-Josh
Respectfully,

Joshua T. Kimrey
Supervisory Special Agent
Washington Metro Fraud Resident Agency
Fraud Field Office
U.S. Army Criminal Investigation Division
Fort Belvoir, VA 22060
Cell: 571.536.4719
joshua.t.kimrey.civ@army.mil



-----Original Message-----
From: Daniel, Kimonia S CIV (USA) <kimonia.s.daniel.civ@mail.mil>
Sent: Friday, February 9, 2024 10:52 AM
To: Goins, Ryan D CIV (USA) <ryan.d.goins.civ@dodig.mil>
Cc: Kimrey, Joshua T CIV USARMY HQDA USACID (USA) <joshua.t.kimrey.civ@army.mil>; sonya.smith@ncis.navy.mil; Ligon, Sahkeeta M CIV DCAA HQ (USA) <sahkeeta.m.ligon.civ@mail.mil>
Subject: Investigation pertaining to HMA Solutions/Infused Solutions, LLC

Good Morning,


I am Kim Daniel, the new DCAA Investigative Support Auditor, on Acting Supervisory Auditor Mrs. Sahkeeta Ligon's team. My normal work hours are between 0600 and 1430, Monday through Friday. I'd like to schedule a time to introduce myself and get a case briefing so that I may know if you are awaiting completions of any taskings for Assignment #2019A48600043 pertaining to HMA Solutions/Infused Solutions, LLC .

I look forward to working together and providing case support as needed.
Please let me know your availability to schedule our meeting.


R/S,

Kimonia Daniel
(She, Her)
Investigative Support Auditor
Phone: 571-448-6643
Email: kimonia.s.daniel.civ@mail.mil



IMPORTANT: This e-mail, including all attachments, constitutes Federal
Government records and property that is intended only for the use of the
individual or entity to which it is addressed.  It also may contain
information that is privileged, confidential, or otherwise protected from
disclosure under applicable law.  If the reader of this e-mail transmission
is not the intended recipient or the employee or agent responsible for
delivering the transmission to the intended recipient, you are hereby
notified that any dissemination, distribution, copying, or use of this
e-mail or its contents is strictly prohibited.  If you have received this
e-mail in error, please notify the sender by responding to the e-mail and
then delete the e-mail immediately.