

Eugene Gorokhov <eugene@evgpllc.com>

## URGENT for U.S. v. Masood: PowerPoint Attached to Case Agent's Email But NOT PRODUCED

**Gardner, Darren (USAMD)** <Darren.Gardner@usdoj.gov>  Tue, Aug 27, 2024 at 12:28 PM
To: Joshua Greenberg <josh@joshgreenberglawfirm.com>
Cc: Eugene Gorokhov <eugene@burnhamgorokhov.com>, "Daniel ("Dan") Goldman" <dan@dangoldmanlaw.com>, "Manthripragada, Ranganath (USAMD)" <Ranganath.Manthripragada@usdoj.gov>

Counsel,

We do not believe this characterization of the Powerpoint as "good" constitutes Agent Kimrey's adoption of the document nor makes the document, which he did not author, his Jencks material.

Additionally, if a speculative search for inaccuracy was enough to make official reports Brady material, everything would be Brady material.

I believe this is currently the only document we have a disagreement about, and it may be worth raising with the Court at the appropriate time. As far as I know, we have provided other requested documents, but please let me know if that is in error.

Regards,

Darren S. Gardner

Assistant U.S. Attorney

District of Maryland

Office: 301-344-4029

Cell: 443-908-9113

---

**From:** Joshua Greenberg <josh@joshgreenberglawfirm.com>
**Sent:** Tuesday, August 27, 2024 11:05 AM
**To:** Gardner, Darren (USAMD) <DGardner1@usa.doj.gov>
**Cc:** Eugene Gorokhov <eugene@burnhamgorokhov.com>; Daniel ("Dan") Goldman <dan@dangoldmanlaw.com>; Manthripragada, Ranganath (USAMD) <RManthripragada@usa.doj.gov>
**Subject:** Re: [EXTERNAL] URGENT for U.S. v. Masood: PowerPoint Attached to Case Agent's Email But NOT PRODUCED

I suggest you review the Court's ruling five days ago about producing attachments to Jencks materials. (Doc. 251, 8/22/24 Hr'g Tr. at 37:21 -- 38:2.)

On Tue, Aug 27, 2024 at 10:15 AM Joshua Greenberg <josh@joshgreenberglawfirm.com> wrote:

> SA Kimrey attached it to an email in which he described it as "a good summary of the case." He endorsed it.
>
> Moreover, you have no right to withhold attachments to emails. We've been through a similar issue with you withholding attachments to interview reports. What is your purported basis for withholding this PowerPoint?
>
> On Tue, Aug 27, 2024 at 10:13 AM Gardner, Darren (USAMD) <Darren.Gardner@usdoj.gov> wrote:
>
>> Counsel,
>>
>> This deck was not created by any Government witness and is therefore not Jencks. Again, if you believe authority makes it Jencks material under these circumstances, we will consider it, but our view is that it is not at this time.
>>
>> Regards,
>>
>> Darren S. Gardner
>>
>> Assistant U.S. Attorney
>>
>> District of Maryland
>>
>> Office: 301-344-4029
>>
>> Cell: 443-908-9113
>>
>> **From:** Joshua Greenberg <josh@joshgreenberglawfirm.com>
>> **Sent:** Tuesday, August 27, 2024 10:10 AM
>> **To:** Gardner, Darren (USAMD) <DGardner1@usa.doj.gov>
>> **Cc:** Eugene Gorokhov <eugene@burnhamgorokhov.com>; Daniel ("Dan") Goldman <dan@dangoldmanlaw.com>; Manthripragada, Ranganath (USAMD) <RManthripragada@usa.doj.gov>
>> **Subject:** Re: [EXTERNAL] URGENT for U.S. v. Masood: PowerPoint Attached to Case Agent's Email But NOT PRODUCED
>>
>> Without agreeing with anything in your last email, it suffices to say that you have not responded to our point that the attachment is **Jencks material**. Please produce it without further delay. Thank

you.

On Tue, Aug 27, 2024 at 10:06 AM Gardner, Darren (USAMD) <Darren.Gardner@usdoj.gov> wrote:

> Good morning counsel,
>
> This is a slide deck prepared by somebody other than Joshua Kimrey before the case was indicted for the purpose of presenting their progress to prosecutors. If you believe some authority puts this within the purview of Rule 16, we would be happy to consider it. However, our view is that it is not discoverable under Rule 16(a)(2):
>
> Information Not Subject to Disclosure. Except as permitted by Rule 16(a)(1)(A)-(D), (F), and (G), this rule does not authorize the discovery or inspection of reports, memoranda, or other internal government documents made by an attorney for the government or other government agent in connection with investigating or prosecuting the case.
>
> This document does not contain exculpatory material.
>
> Regards,
>
> Darren S. Gardner
>
> Assistant U.S. Attorney
>
> District of Maryland
>
> Office: 301-344-4029
>
> Cell: 443-908-9113
>
> **From:** Joshua Greenberg <josh@joshgreenberglawfirm.com>
> **Sent:** Monday, August 26, 2024 11:50 PM
> **To:** Gardner, Darren (USAMD) <DGardner1@usa.doj.gov>; Manthripragada, Ranganath (USAMD) <RManthripragada@usa.doj.gov>
> **Cc:** Eugene Gorokhov <eugene@burnhamgorokhov.com>; Daniel ("Dan") Goldman <dan@dangoldmanlaw.com>
> **Subject:** [EXTERNAL] URGENT for U.S. v. Masood: PowerPoint Attached to Case Agent's Email But NOT PRODUCED
>
> Dear Counsel:
>
> Please immediately produce the PowerPoint attached to SA Kimrey's email of March 6, 2024, 1:32 PM, in the attached chain. We need this ASAP. It is not acceptable to withhold attachments

to Jencks materials, even more so where (as here) the attachment itself appears to be Jencks material and required to be produced by at least Rule 16 as well. Thank you.

Sincerely,

Josh Greenberg
The Josh Greenberg Law Firm PLLC
(202) 422-0809

josh@joshgreenberglawfirm.com

1717 K Street, NW, Suite 900

Washington, DC  20006

joshgreenberglawfirm.com