Burnham & Gorokhov, PLLC Mail - URGENT for U.S. v. Masood: Po... https://mail.google.com/mail/u/0/?ik=d5e6504358&view=pt&search=a...



Eugene Gorokhov <eugene@evgpllc.com>

# URGENT for U.S. v. Masood: PowerPoint Attached to Case Agent's Email But NOT PRODUCED

**Eugene Gorokhov** <eugene@burnhamgorokhov.com>  Tue, Aug 27, 2024 at 11:12 AM
To: Joshua Greenberg <josh@joshgreenberglawfirm.com>
Cc: "Gardner, Darren (USAMD)" <Darren.Gardner@usdoj.gov>, "Daniel ("Dan") Goldman" <dan@dangoldmanlaw.com>, "Manthripragada, Ranganath (USAMD)" <Ranganath.Manthripragada@usdoj.gov>

Darren, in addition to Jencks, to the extent that the Powerpoint contains any errors, misstatements, or any other information calling into doubt the thoroughness, bias, or reliability of the government's investigation, this information is Brady. This is not just our position, it is recognized in the case law. Please produce this without delay for this additional reason.

Eugene

> On Tue, Aug 27, 2024 at 10:10 AM Joshua Greenberg <josh@joshgreenberglawfirm.com> wrote:
>
> Without agreeing with anything in your last email, it suffices to say that you have not responded to our point that the attachment is **Jencks material**. Please produce it without further delay. Thank you.
>
>> On Tue, Aug 27, 2024 at 10:06 AM Gardner, Darren (USAMD) <Darren.Gardner@usdoj.gov> wrote:
>>
>> Good morning counsel,
>>
>> This is a slide deck prepared by somebody other than Joshua Kimrey before the case was indicted for the purpose of presenting their progress to prosecutors. If you believe some authority puts this within the purview of Rule 16, we would be happy to consider it. However, our view is that it is not discoverable under Rule 16(a)(2):
>>
>> Information Not Subject to Disclosure. Except as permitted by Rule 16(a)(1)(A)-(D), (F), and (G), this rule does not authorize the discovery or inspection of reports, memoranda, or other internal government documents made by an attorney for the government or other government agent in connection with investigating or prosecuting the case.
>>
>> This document does not contain exculpatory material.
>>
>> Regards,
>>
>> Darren S. Gardner
>>
>> Assistant U.S. Attorney
>>
>> District of Maryland
>>
>> Office: 301-344-4029
>>
>> Cell: 443-908-9113

1 of 2  8/28/24, 8:38 AM

**From:** Joshua Greenberg <josh@joshgreenberglawfirm.com>
**Sent:** Monday, August 26, 2024 11:50 PM
**To:** Gardner, Darren (USAMD) <DGardner1@usa.doj.gov>; Manthripragada, Ranganath (USAMD) <RManthripragada@usa.doj.gov>
**Cc:** Eugene Gorokhov <eugene@burnhamgorokhov.com>; Daniel ("Dan") Goldman <dan@dangoldmanlaw.com>
**Subject:** [EXTERNAL] URGENT for U.S. v. Masood: PowerPoint Attached to Case Agent's Email But NOT PRODUCED

Dear Counsel:

Please immediately produce the PowerPoint attached to SA Kimrey's email of March 6, 2024, 1:32 PM, in the attached chain. We need this ASAP. It is not acceptable to withhold attachments to Jencks materials, even more so where (as here) the attachment itself appears to be Jencks material and required to be produced by at least Rule 16 as well. Thank you.

Sincerely,

Josh Greenberg
The Josh Greenberg Law Firm PLLC
(202) 422-0809

josh@joshgreenberglawfirm.com

1717 K Street, NW, Suite 900

Washington, DC  20006

joshgreenberglawfirm.com