IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 8:22cr91-PX |
| | ) | |
| AKBAR MASOOD | ) | |

## ORDER

This matter comes before the Court on Mr. Masood's motion to order the government to produce the attachments to the lead case agent Joshua Kimrey's emails pertaining to the investigation of this case. For the reasons stated in the defense motion, the motion is hereby GRANTED.

The government is hereby ORDERED to produce all attachments to Agent Kimrey's emails, provided in discovery as Jencks materials, **no later than 2 pm on August 28, 2024.**

The government is further ORDERED to produce such materials in an orderly and organized fashion, such that it is readily apparent which attachments are associated with which email.

So Ordered on _____.

_____
The Honorable Paula Xinis
United States District Court Judge