IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AKBAR MASOOD,<br>      Defendant. | Case No. 8:22-cr-00091-PX-1 |

## UNITED STATES OF AMERICA'S NOTICE OF APPEAL

The United States of America hereby appeals to the United States Court of Appeals for the Fourth Circuit from the district court's February 25, 2025, order and opinion dismissing the operative indictment against defendant Akbar Masood. *See* ECF Nos. 360, 361.

                                                                                            Respectfully submitted,

                                                                                            Kelly O. Hayes
                                                                                            United States Attorney

                                                                                            /s/David C. Bornstein
                                                                                            Assistant United States Attorney
                                                                                            Chief, Appellate Division
                                                                                            United States Attorney's Office
                                                                                            36 South Charles Street, 4th Floor
                                                                                            Baltimore, Maryland 21201
                                                                                            (410) 209-4800

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, I electronically filed in this case the above notice of appeal and thereby served an exact copy of it on defendant Akbar Masood through his counsel of record, who is an ECF Filer.

/s/David C. Bornstein
Assistant United States Attorney